

FILED

AUG 3 0 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )       No. 1:09-CR-00349 OWW
                                 )
    vs.                          )       ORDER OF RELEASE
                                 )
PORFIRIO MEZA,                   )
                                 )
            Defendant.           )
_____)

The above named defendant having been sentenced to Time Served on August 30, 2010,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.


DATED: August 30, 2010



_____
HONORABLE OLIVER W. WANGER

U.S. DISTRICT JUDGE

12/6/06 ordreleese.form

1